UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Bryan Bernard</u>

     v.         Civil No. 07-cv-341-JL

<u>NH Department of Corrections, et al</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated 4/01/08, no objection having been filed.

 SO ORDERED.


April 23, 2008        <u>/s/ Joseph N. Laplante</u>
             Joseph N. Laplante
             United States District Judge


cc: Bryan Bernard, Pro se
   Nancy J. Smith, Esq.